IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JULIUS A. CHILDRESS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 7:15-CV-485 |
| ) | |
| THE RICHARDSON-WAYLAND ) | |
| ELECTRICAL CORP. et al., ) | By: Robert S. Ballou |
| ) | United States Magistrate Judge |
| Defendants. ) | |

## **ORDER**

This case is before the court on Defendants' motion to strike portions of the complaint. Dkt. No. 10. For the reasons stated in the accompanying memorandum opinion, Defendants' motion is **DENIED**.

It is so **ORDERED**.

Entered: January 25, 2016

*Robert S. Ballou*

Robert S. Ballou
United States Magistrate Judge